United States District Court
Southern District of Texas
**ENTERED**
August 24, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JESSE J. MAGANA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-262 |
| | § | |
| ACADIA INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO REMAND

Upon consideration of Defendant's Unopposed Motion to Remand (Dkt. No. 4), the Court hereby **ORDERS** that the Motion is **GRANTED** and the above-referenced civil action is **REMANDED** to County Court at Law No. 7, Hidalgo County, Texas.

SO ORDERED this 24th day of August, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge